IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR32 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHON JEANELLE CAIN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Jonathon Jeanelle Cain, appeared before the court on April 19, 2007 on a Petition for Warrant for Offender Under Supervision [24].   The defendant was represented by Assistant Public Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Christian A. Martinez.  The defendant admits allegations 2, 3, 4 and 5.  The government withdrew allegations 1, 6 and 7.  The parties' motion to continue the final disposition hearing is granted; the government did not move for detention.  The defendant shall be released on current conditions of supervision after processing.

IT IS ORDERED:

1.     A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on October 12, 2007.**  Defendant must be present in person.

2.  Defendant is released on current conditions of supervision after processing.

Dated this  19th day of April, 2007.

BY THE COURT:


 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge